No. 04–235.  JOHNSTON ET AL. v. DUDAS, ACTING DIRECTOR, PATENT AND TRADEMARK OFFICE.  C. A. Fed. Cir.  Certiorari denied.

No. 04–253.  ALLEN v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 04–258.  HILVETY v. COMMISSIONER OF INTERNAL REVENUE.  C. A. D. C. Cir.  Certiorari denied.

No. 04–5001.  MAYBERRY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–5002.  LEWIS v. SMITH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–5003.  KULENOVIC v. GOOD, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–5004.  NUNEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–5005.  PINKERTON v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 04–5006.  RICE v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 04–5007.  PEARSON v. SAAR, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–5008.  BATES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–5009.  BIRDWELL v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–5011.  J. D. M. v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 04–5012.  LITTLEFIELD v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.